Argued and submitted March 30, ballot title certified April 13, 2000

John W. PARTRIDGE, M.D.,
and Max L. Wilkins,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S47298)

Kyle STINCHFIELD,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S47297)
(Consolidated for Argument and Opinion)

998 P2d 1269

Daniel W. Meek, Portland, argued the cause and filed the petition for petitioners John W. Partridge, M.D., and Max L. Wilkins.

Bruce A. Bishop, of Harrang Long Gary Rudnick P.C., Salem, argued the cause and filed the petition for petitioner Kyle Stinchfield.

Rolf C. Moan, Assistant Attorney General, Salem, argued the cause and filed the answering memoranda for respondent. With him on the memoranda were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

This is a ballot title review proceeding brought under ORS 250.085(2). Petitioners are electors who timely submitted written comments concerning the content of the draft ballot title submitted to the Secretary of State and who therefore are entitled to seek review of the ballot title certified by the Attorney General. *See* ORS 250.085(2) (stating that requirement).

We have considered petitioners' arguments concerning the ballot title certified by the Attorney General. We conclude that petitioners have not shown that the Attorney General's certified ballot title fails to comply substantially with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d) (1997).[1] *See* ORS 250.085(5) (setting out standard of review). Accordingly, we certify to the Secretary of State the following ballot title:

CREATES HEALTH CARE PLAN FUNDED BY
ADDITIONAL INCOME, PAYROLL TAXES

RESULT OF "YES" VOTE: "Yes" vote creates health plan for medically necessary services; additional income, payroll taxes fund plan.

RESULT OF "NO" VOTE: "No" vote leaves current health insurance, workers' compensation systems unchanged; rejects additional income, payroll taxes.

SUMMARY: Creates Health Care Finance Plan to pay for all medically necessary health services (including services for injured workers) regardless of preexisting conditions. All residents are eligible. Creates board to establish compensation schedules for services; may issue revenue

---

[1] The 1999 Legislature amended ORS 250.035 (1997). Or Laws 1999, ch 793, § 1. However, section 3 of that 1999 enactment provides, in part:

"(1) The amendments to ORS 250.035 by section 1 of this 1999 Act do not apply to any ballot title prepared for:

"(a) Any initiative petition that, if filed with the Secretary of State with the required number of signatures of qualified electors, will be submitted to the people of the general election held on the first Tuesday after the first Monday in November 2000 * * *."

The present proposed measure is one of those to which the 1999 act does not apply. We therefore apply the pertinent provisions of ORS 250.035 (1997).

bonds. To fund plan, creates additional progressive income tax not to exceed 3.8% of state's taxable income, additional employer payroll tax not to exceed 9% of total statewide wages. Board to set rates. Authorizes certain tax credits. Requires contributions by workers' compensation insurers, self-insured employers.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).